UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-00090 |
| | ) | JUDGE CAMPBELL |
| WALLACE BECKWITH | ) | |

<u>ORDER</u>

Pending before the Court is the Government's Motion To Dismiss Count 1 Of The Superseding Indictment As To Defendant Wallace Beckwith (Docket No. 315). The Motion is GRANTED. Accordingly, Count 1 of the Superseding Indictment is dismissed without prejudice as it relates to Defendant Wallace Beckwith.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE